1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        CENTRAL DISTRICT OF CALIFORNIA
10
11   TAMEKA RENEE CROSLAND,              CASE:  2:24-CV-06277-AB-PVC

12              Plaintiff,               [~~PROPOSED~~] JUDGMENT
                                         FOLLOWING ORDER GRANTING
13                                       DEFENDANTS' MOTION TO
     v.                                  DISMISS
14
15   MICHAEL C EARLE, et al.,
                                         Judge:       Hon. Andre Birotte Jr.
16              Defendants.
17
18
19        In accordance with the Court's April 29, 2025 Order Granting Motions to

20   Dismiss (Dkt. No. 75), **JUDGMENT IS ENTERED** in favor of defendants the

21   Honorable George S. Bird, Jr., Judge of the Superior Court of California, County of

22   Los Angeles; and Sybil Hale, Court Operations Manager, Superior Court of

23   California, County of Los Angeles, erroneously sued as Sybill Hall, and against

24   plaintiff Tameka Renee Crosland.

25        **IT IS SO ORDERED.**

26
     Dated: June 2, 2025                 _____
27
                                         Honorable André Birotte Jr.
28                                       United States District Judge

                                         1