Elise H. Hur, CSB #258291
**LOGAN MATHEVOSIAN & HUR LLP**
Equitable Plaza, Suite 2740
3435 Wilshire Boulevard
Los Angeles, California 90010-1901
Telephone (213) 365-2703
LMH@lmhfirm.com
elisehur@lmhfirm.com

Attorneys for Defendants,
Tatiyana Perez and Theresa Turner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMEKA RENE CROSLAND,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL C. EARLE, et al.,<br><br>　　　　Defendants. | CASE NO. 2:24-cv-06277-AB-PVC<br><br>**DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(d); (proposed) JUDGMENT**<br><br>Judge: Hon. Andre Birotte Jr.<br>　　　　Courtroom 7B |

TO THE COURT AND TO PLAINTIFF, TAMEKA RENEE CROSLAND, *PRO SE*:

Defendants, Tatiyana Perez and Theresa Turner, hereby submit their Request for Entry of Judgment pursuant to Federal Rule of Civil Procedure 58(d) as follows:

1. On April 29, 2025, the Court granted defendants' motion for judgment on the pleadings.

-1-

2. On April 29, 2025, the Court dismissed the action in its entirety, without leave to amend, as pled against all defendants.

3. The order granting the motion for judgment on the pleadings and dismissing the first amended complaint without leave to amend and dismissal of the action in its entirety denied plaintiff all relief.

4. Pursuant to Rule 58(d), defendants respectfully request that judgment be entered for defendants Tatiyana Perez and Theresa Turner and against plaintiff Tameka Renee Crosland. A proposed judgment is attached.

DATED: June 4, 2025                    LOGAN MATHEVOSIAN & HUR LLP


                                       By: s / Elise H. Hur
                                           ELISE H. HUR
                                           Attorneys for Defendants,
                                           Tatiyana Perez and Theresa Turner

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3435 Wilshire Boulevard, Suite 2740, Los Angeles, California 90010.

On June 4, 2025, **DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(d); (proposed) JUDGMENT** was served on the following interested parties in this action:

**Tameka Renee Crosland**
**4238 3rd Avenue**
**Los Angeles, CA 90008**
tamekacrosland@yahoo.com
*Pro Se* Plaintiff

**[BY E-MAIL]**   I caused the above-mentioned document to be served via electronic mail to the e-mail addresses of the addressee(s) as indicated above. No electronic message or other indication that the transmission was unsuccessful was received. The electronic service address from which the document was served is lmh@lmhfirm.com.

**[BY MAIL]**   I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

**[FEDERAL]**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed June 4, 2025 in Los Angeles, California.

                                                  s / Patricia Garcia
                                                  PATRICIA GARCIA