UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMEKA RENE CROSLAND,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL C. EARLE, et al.,<br><br>Defendants. | CASE NO. 2:24-cv-06277-AB-PVC<br><br>**JUDGMENT FOLLOWING ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Judge: Hon. Andre Birotte Jr.<br>Courtroom 7B |

In accordance with the Court's April 29, 2025 Order Granting Motions to Dismiss (Dkt. No. 75), **JUDGMENT IS ENTERED** in favor of defendants Tatiyana Perez and Theresa Turner and against plaintiff Tameka Renee Crosland.

IT IS SO ORDERED.

Dated: June 18, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

-1-